IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:10-cr-00378-RDP -JEO |
| ) | |
| DENORRIUS JERMAINE PICKETT ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OF OPINION AND ORDER**

The magistrate judge filed a report and recommendation (Doc. # 25) on December 29, 2010, recommending that Defendant's Motion to Suppress (Doc. # 15) be denied.  In particular, the magistrate judge recommended that, after holding a hearing at which evidence and testimony was presented and after receiving supplemental evidence, the testimony of Officer Michael Turner was to be credited over that of Defendant, a convicted felon, and his mother and friend, on the issues of probable cause to stop Defendant and consent to search the vehicle he was driving.  The parties were advised of their right to file specific written objections within fourteen days, and Defendant has filed objections to the report and recommendation. (Doc. # 26).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and Defendant's objections, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Defendant's Motion to Suppress (Doc. # 15) is **DENIED**.

The Clerk is **DIRECTED** to serve a copy of this order on Defendant. **On or before February 11, 2011**, Defendant is **ORDERED** to notify the court of whether this case should be set for trial or a consent hearing.

**DONE** and **ORDERED** this ___28th___ day of January, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE